ESTHER SERLIN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued June 15, 1943; decided July 20, 1943.

*Louis L. Friedman* and *Irving D. Josefsberg* for appellant.

*Robert H. Schaffer, Acting Corporation Counsel (Joseph F. Mulqueen, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.